DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM MEDEI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-3100

[March 14, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 09-005151CF10A.

William Medei, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***